# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Amin Richard Bakri,                                          Civil No. 17-cv-4332 (MJD/TNL)

      Plaintiff,

v.                                                                              **ORDER**

Aaron Ibrahim Bakri,

      Defendant.

Amin Richard Bakri, 12282 Eagle Street Northwest, Coon Rapids, MN 55428 (pro se Plaintiff).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 11, 2017 (ECF No. 4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

2. Plaintiff Amin Richard Bakri's application to proceed *in forma pauperis* (ECF No. 3) is **DENIED AS MOOT.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  November 16, 2017                                 s/Michael J. Davis
                                                                       Michael J. Davis
                                                                       United States District Court Judge